IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02705-KLM

JOHN HEIKKILA,

    Plaintiff,

v.

KAHR FIREARMS GROUP,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Saeilo, Inc. d/b/a Kahr Firearms Group's Motion for Summary Judgment** [#57] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#57] is **DENIED WITHOUT PREJUDICE**. The Motion [#57] does not comply with this Court's Motions Practice Standards, which are being contemporaneously filed with this Minute Order. Those Standards require that all motions for summary judgment contain a section titled "Statement of Material Facts." *See Motions Practice Standards, Section III.A.* This is necessary to enable the Court to effectively resolve a motion for summary judgment.

    Dated: May 4, 2022