# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHN HEIKKILA, | ) |
| | ) |
| Plaintiff, | )   Civil Action No.: 1:20-cv-02705 |
| | ) |
| vs. | ) |
| | ) |
| KAHR FIREARMS GROUP, | ) |
| | ) |
| Defendant. | ) |

## OFFER OF JUDGMENT

In accordance with F.R.C.P. 68 and Colo. Rev. Stat. § 13-17-202, Defendant SAEILO, INC. D/B/A KAHR ARMS I/S/H/A KAHR FIREARMS GROUP ("Kahr Arms"), offers to allow judgment to be taken against it in favor of Plaintiff John Heikkila ("Plaintiff"), upon claims made in the above-titled action, as follows:

1. For Plaintiff in the amount of $100,000, which is inclusive of all damages, taxable court costs, interest, and attorneys' fees, if any.

2. This Offer of Judgment is made pursuant to Fed. R. Civ. P. 68 and/or C.R.S. § 13-17-202 and may be used solely for the purposes specified in the rule and/or statute. This Offer of Judgment shall not be construed in any manner as an admission by any Defendant, or by any other entity or person associated with the Defendant, in any capacity, that Defendant bears any fault or liability with respect to any of the claims in this litigation, or that Plaintiff suffered any damage, injury, harm, or loss with respect to any action taken by the Defendant.

3. If timely accepted, this Offer of Judgment shall operate as a full adjudication of all

EXHIBIT 1

Plaintiff's claims against the Defendant. Any judgment that results from an acceptance of this Offer of Judgment shall be without any collateral effect, except to the extent such judgment shall be a bar to the re-filing of any claim brought by Plaintiff arising out of the facts of this litigation.

4. This Offer of Judgment will expire if not accepted within the 14-day time period provided by Fed. R. Civ. P. 68.

5. This offer is a full and final settlement of any and all claims alleged by Plaintiff against SAEILO, INC. D/B/A KAHR ARMS I/S/H/A KAHR FIREARMS GROUP. This offer is conditioned upon (a) a dismissal with prejudice of the entire action against all parties and (b) acceptance by Plaintiff or persons having authority to settle claims on his behalf.

6. Defendant reserves the right to withdraw and revoke this offer of settlement at an earlier date pursuant to F.R.C.P. 68 and C.R.S. § 13-17-202(1)(a)(V). If this offer is not accepted, it shall be deemed withdrawn and evidence thereof shall not be admissible except in a proceeding to determine costs.

7. If the judgment finally obtained by Plaintiff on his claim or claims against Defendant is not more favorable than this offer, Plaintiff must pay Defendant's actual costs incurred after the making of this offer, including those provided in C.R.S. § 13-17-202.

Respectfully submitted this 22nd day of October, 2019.

EXHIBIT 1

Respectfully submitted,

**RENZULLI LAW FIRM, LLP**


 /s/ Christopher Renzulli
Christopher Renzulli, Esq.
Jeffrey Malsch, Esq.
One North Broadway, Suite 1005
White Plains, NY 10601
Tel: (914) 285-0700
Fax: (914) 285-1213
E-Mail: crenzulli@renzullilaw.com
       jmalsch@renzullilaw.com

-and-

**HALL & EVANS, LLC**

Elizabeth Olson, Esq.
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Tel: (303) 628-3396
Fax: (303) 628-3368
E-Mail: olsone@hallevans.com

*Attorneys for Saeilo, Inc. d/b/a Kahr Arms*

EXHIBIT 1