IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 20–cv–02705–MDB

JOHN HEIKKILA,

    Plaintiff,

v.

KAHR FIREARMS GROUP,

    Defendant.

---

**ORDER DIRECTING ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

---

    This matter is before the Court on Plaintiff's Acceptance of Offer of Judgment. (Doc. No. 102.) Rule 68 provides:

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Fed. R. Civ. P. 68(a). The Court notes that no trial date is currently set, and Plaintiff accepted Defendant's offer of judgment within 14 days of the date on which the offer was made. (Doc. Nos. 102-1; 102-2; 104.). Thus, the parties have satisfied the requirements of Rule 68.

    Courts have observed that "a district court's role in entering a Rule 68(a) judgment [is] 'ministerial rather than discretionary,' because the plain language of the Rule 'leaves no discretion in the district court to do anything but enter judgment once an offer has been

accepted.'" *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 400 (2d Cir. 2019) (quoting *Mallory v. Eyrich*, 922 F.2d 1273, 1278–79 (6th Cir. 1991)).

Accordingly, the Clerk of the Court respectfully is DIRECTED to enter judgment in favor of Plaintiff and against Defendant according to the terms set forth in the Offer of Judgment (Doc. 102-1), specifically:

1. Judgment shall enter in favor of Plaintiff John Heikkila and against Defendant Kahr Firearms Group in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00). This Judgment is in full and complete satisfaction of all Plaintiff's claims against Defendant. The judgment is inclusive of all damages, taxable court costs, interest, and attorneys' fees.

Dated November 17, 2023.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge